UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:16-cr-00551-MBS |
| v. | ) | |
| | ) | |
| AEGEANSUN GAMMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION FOR DISMISSAL

The United States of America, by and through Jeffrey Woods, Acting Assistant Attorney General, United States Department of Justice, and U.S. Attorney Beth Drake, and AEGEANSUN GAMMA, INC., by and through counsel George M. Chalos, Esq., hereby move to voluntarily dismiss the above-captioned matter pursuant to Fed. R. Crim. P. 48.

This Joint Motion is conditioned upon the defendant's agreement to execute a Release and Waiver in the form attached hereto as Exhibit 1 and provide the executed Statement to counsel for the government simultaneously with the Court's approval of the motion to dismiss. Respectfully submitted this 6th of March, 2017.

BETH DRAKE                                        JEFFREY WOODS
United States Attorney                            Acting Assistant Attorney General for the
By: /s/ Matt Austin                               Environment and Natural Resources Division
Assistant U.S. Attorney                           By: /s/ Christopher L. Hale
151 Meeting Street, Suite 200                         /s/ Kenneth Nelson
Charleston, SC 29401                              Environmental Crimes Section
                                                  601 D Street NW, Suite 2000
AEGEANSUN GAMMA INC.                              Washington, DC 20004
By: /s/ George M. Chalos                          Tel. No. 202-305-0321
Counsel for Aegeansun Gamma Inc.                  Email: christopher.hale@usdoj.gov
55 Hamilton Ave                                          kenneth.nelson3@usdoj.gov
Oyster Bay, NY 11771
Tel. No. 516-714-4300
Email: gmc@chaloslaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:16-cr-00551-MBS |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| AEGEANSUN GAMMA, INC., | ) | [Proposed] |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed and considered the Government's and Aegeansun Gamma, Inc.'s Joint Motion for Dismissal, it is hereby ORDERED that:

(1) All counts of the Indictment charging Aegeansun Gamma, Inc. are hereby dismissed with prejudice to the extent those counts charge Aegeansun Gamma, Inc. There are no pending charges against this defendant.

This _____ day of March, 2017.

_____
Hon. Margaret B. Seymour
Senior United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:16-cr-00551-MBS |
| v. ) | |
| ) | |
| AEGEANSUN GAMMA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Christopher L. Hale, hereby certify that on March 6, 2017, the foregoing Joint Motion, Exhibit, and Proposed Order were served on all counsel of record by filing these documents through ECF, which by operation of its software electronically forwards these materials to counsels' respective email addresses.

*/s/ Christopher L. Hale*
Christopher L. Hale